JS-5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-3758-GW | Date | January 5, 2023 |
| Title | *In Re Kimberly Martin Bragg* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present   Ilya Volk, by telephone

**PROCEEDINGS :   APPELLANT MOORE'S MOTION TO REINSTATE APPEAL [12]**

*Pro se* Appellant Ivan R. Moore is present.

Court confers with the parties. For reasons stated on the record, Appellant's Motion is GRANTED. The Court sets the following:

| | |
|---|---|
| Appellant's deadline to file opening brief | February 2, 2023 |
| Appellee's deadline to file an opposition | March 2, 2023 |
| Appellant's deadline to file a reply | March 23, 2023 |
| Hearing on bankruptcy appeal | April 10, 2023 at 8:30 a.m. |

Appellant advises the Court that his correct address is as follows:

1236 S. Redondo Blvd.
Los Angeles, CA 90019
323-932-9439

: 05

Initials of Preparer   JG